**Document Removed**

**Filed In Error**